IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAHEED JENKINS, | No. 4:25-CV-01680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 8th day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's official capacity claims for money damages are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Fourteenth Amendment procedural due process claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Plaintiff's Section 1983 claim against defendant "Je. Shearn" is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. Plaintiff's Section 1983 claim against defendant Pennsylvania Department of Corrections is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

5. The Clerk of Court is directed to terminate defendants Je. Shearn and Pennsylvania Department of Corrections.

6. Plaintiff's Eighth Amendment failure-to-protect claim against Superintendent McGinley is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

7. Plaintiff's Eighth Amendment medical indifference claim against defendant Kevin Hall is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

8. Within **21 days** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

9. If no amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge