# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAHEED JENKINS,

      Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS, *et al.*,

      Defendants.

No. 4:25-CV-01680

(Chief Judge Brann)

## ORDER

**AND NOW**, this 9th day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims in his amended complaint are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. The Court declines to exercise supplemental jurisdiction over any state-law claims Plaintiff attempts to raise in his amended complaint. Those claims are therefore **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge